David H. RODDY, Defendant/Appellant,

v.

STATE of Missouri,
Plaintiff/Respondent.

No. 62161.

Missouri Court of Appeals,
Eastern District,
Division One.

April 13, 1993.

Emily N. Blood, St. Louis, for defendant, appellant.

Jeremiah W. (Jay) Nixon, Michael J. Runzi, Asst. Atty. Gen., Jefferson City, for plaintiff, respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Movant appeals the denial of his Rule 24.035 motion without an evidentiary hearing. We affirm. The findings and conclusions of the motion court are not clearly erroneous, and an extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

■

Henry SIEGLER, Plaintiff/Appellant,

v.

Duane Roy SIEGLER,
Defendant/Respondent.

No. 62323.

Missouri Court of Appeals,
Eastern District,
Division One.

April 13, 1993.

Edward D. Hoertel, Rolla, for plaintiff, appellant.

Edward C. Clausen, Carson & Coil, Jefferson City, for defendant, respondent.

Before AHRENS, P.J., and REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Plaintiff appeals from a jury verdict in favor of defendant in plaintiff's action for conversion.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 84.16(b).